# IN THE SUPREME COURT OF THE STATE OF NEVADA

PEDRO FLORES,
Petitioner,
vs.
BRIAN WILLIAMS, WARDEN, HIGH
DESERT STATE PRISON; OFFENDER
MANAGEMENT DIVISION; AND THE
STATE OF NEVADA,
Respondents.

No. 78421

**FILED**

APR 0 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition seeks a writ of habeas corpus directing the warden of the institution in which petitioner is incarcerated to apply credits petitioner has earned under NRS 209.4465 to petitioner's minimum sentence. That relief must be sought in the district court in the first instance. *See* NRAP 22 (indicating that habeas petitions should be filed in the district court in the first instance); NRS 34.738(1) (providing that a postconviction habeas petition challenging the computation of time served must be filed with the clerk for the district court in the county where the petitioner is incarcerated); *Williams v. Nev., Dep't of Corrections*, 133 Nev., Adv. Op. 75, 402 P.3d 1260, 1262 (2017) (explaining that a claim that statutory credits are not being properly applied to an inmate's minimum sentence is a challenge to the computation of time served that is properly raised in a postconviction habeas petition). Because the petition is not properly filed with this court, we dismiss the petition and express no opinion as to its merits. As it appears that petitioner intended to file his petition with the Eighth Judicial District Court but inadvertently filed it with this

19-14600

court, we direct the clerk of this court to transmit the petition to the district court clerk for filing.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:    Pedro Flores
       Attorney General/Carson City
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A